## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ARTEMIO JIMENEZ-REJON, DAVID J. )<br>BARRAGAN, ERNESTO D. CONTRERAS,)<br>ISAAC R. MCKAIN, )<br>)<br>Defendants. | 8:16CR153<br><br>ORDER |

This matter is before the court are three motions to continue trial as defendants need additional time to prepare for trial and to explore plea negotiations. The defendants shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [49], Motion to Continue Trial [50] and Unopposed Motion to Continue Trial [52] are granted, as follows:

1. The jury trial, **for all defendants**, currently set for July 12, 2016 is continued to **September 13, 2016.**

2. Defendant Barragan and Contreras are ordered to file a waiver of speedy trial as soon as practicable.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 13, 2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED July 5, 2016.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**